QUEENS AND NASSAU DELIVERY CORPORATION, Respondent, *v.* RAILWAY EXPRESS AGENCY, INC., Appellant.

Supreme Court, Appellate Term, First Department, July 3, 1934.

*Charles C. Evans* [*Fulmer Long* of counsel], for the appellant.

*Herman Saperstein*, for the respondent.

PER CURIAM. Declarations of an agent (defendant's chauffeur) not made at the time of the act, and which are not spontaneous utterances or exclamations, are not part of the *res gestæ* and their admission in evidence constitutes prejudicial and reversible error.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.